|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | with instructions to reevaluate its order by applying the correct statutory analysis and issue a new order to that effect |
|  |  |  | ROBB, J. | Concurs |
|  |  |  | BROWN, J. | Concurs |
| Best v. State | 45A03–1602–CR–447 | 12/20/2016 | MAY, J. | Affirmed |
|  |  |  | KIRSCH, J. | Concurs |
|  |  |  | CRONE, J. | Concurs |
| Jm.K. v. Indiana Dept. of Child Services | 77A05–1605–JC–1020 | 12/20/2016 | BARNES, J. | Affirmed |
|  |  |  | BAILEY, J. | Concurs |
|  |  |  | RILEY, J. | Concurs |
| J.M. v. Indiana Dept. of Child Services | 47A01–1606–JC–1299 | 12/20/2016 | BARNES, J. | Affirmed |
|  |  |  | KIRSCH, J. | Concurs |
|  |  |  | ROBB, J. | Concurs |
| Hollopeter v. Hollopeter | 45A03–1510–DR–1717 | 12/20/2016 | MAY, J. | Affirmed in part, Reversed in part, and Remanded |
|  |  |  | BAKER, J. | Concurs |
|  |  |  | BROWN, J. | Concurs |
| Baker v. Fall Creek Housing Partners, LLC | 49A02–1605–CT–1060 | 12/20/2016 | BROWN, J. | Dismissed |
|  |  |  | ROBB, J. | Concurs |
|  |  |  | MATHIAS, J. | Concurs |
| Early v. State | 87A01–1604–CR–992 | 12/20/2016 | BROWN, J. | Affirmed |
|  |  |  | MATHIAS, J. | Concurs |
|  |  |  | ROBB, J. | Concurs in result without opinion |
| Torson v. Torson | 90A05–1602–DR–362 | 12/20/2016 | BARNES, J. | Affirmed in part and Remanded |
|  |  |  | BAILEY, J. | Concurs |
|  |  |  | RILEY, J. | Concurs |